732

IRWIN M. COANE, Individually and as a Stockholder of AMERICAN DISTILLING COMPANY, Suing on His Own Behalf and on Behalf of All Other Stockholders of Said Corporation Similarly Situated Respondent, v. AMERICAN DISTILLING COMPANY et al., Appellants, et al., Defendants.—

No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [178 Misc. 755.]

IRWIN M. COANE, Individually and as a Stockholder of AMERICAN DISTILLING COMPANY, Suing on His Own Behalf and on Behalf of Stockholders of Said Corporation Similarly Situated Respondent, v. AMERICAN DISTILLING COMPANY et al., Appellants, et al., Defendants.—

No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Accounting of GERALD F. BEAL et al., as Executors of PRENTISS N. GRAY, Deceased. WILLIAM A. NUNLIST et al., as Trustees for HAZEL W. NUNLIST, Appellants; GERALD F. BEAL et al., as Executors of PRENTISS N. GRAY, Deceased, et al., Respondents. In the Matter of the Will of PRENTISS N. GRAY, Deceased. WILLIAM A. NUNLIST et al., as Trustees for HAZEL W. NUNLIST, Appellants; GERALD F. BEAL et al., as Executors and Trustees under the Will of PRENTISS N. GRAY, Deceased, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [176 Misc. 829.]

ANNA DAVIES, Respondent, v. LOUIS F. STUMPF et al., Appellants, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [179 Misc. 401.]

BEATRICE MARCOURT, Respondent, v. SARAH MARCOURT, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

CLARA LASKY et al., Appellants, v. 724 GARDEN STREET CORPORATION, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Estate of WILLIAM W. MCLAUGHLIN and the Estate of MARY A. MCLAUGHLIN, Deceased. I. GAINSBURG, Respondent; HELEN E. MCLAUGHLIN, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon and Callahan, JJ., dissent and vote to affirm.